# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICARDO BANUELOS,

    Defendant.

2:07-CR-137 JCM (RJJ)

## ORDER

Presently before the court is petitioner Ricardo Banuelos' *pro se* motion to reconsider. (Doc. #100). The United States Attorney's Office did not file an opposition.

On December 23, 2011, the court entered an order denying petitioner's motion to vacate sentence pursuant to 28 U.S.C. § 2255. (Doc. #99). The court found that petitioner had to exhaust his administrative remedies before the court could analyze petitioner's claims. Thus, the court dismissed petitioner's § 2255 motion without prejudice. (Doc. #99).

Petitioner now moves the court to reconsider its order denying the § 2255 motion. Petitioner argues that, while the court was reviewing his § 2255 motion, he was simultaneously pursuing his administrative remedies. (Doc. #100). In the prior § 2255 briefing, petitioner did not inform the court that he was pursuing administrative remedies.

Petitioner now asserts that, instead of dismissing his § 2255 motion without prejudice, the court should (1) stay the § 2255 motion until his administrative remedies are resolved and (2) give petitioner an opportunity to amend his § 2255 motion to address the administrative remedy outcome.

**James C. Mahan**
**U.S. District Judge**

(Doc. #100).

"Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." *School Dist. No. 1J v. AcandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993); *see* FED. R. CIV. P. 59(e); *see also* FED. R. CIV. P. 60(b). In addition, error, mistake, inadvertence, surprise, or excusable neglect on the part of the parties may warrant reconsideration. *See Associates Discount Corp. v. Goldman*, 524 F.2d 1051 (3rd Cir. 1975).

Here, petitioner has not presented the court with sufficient grounds to reconsider its prior order. The court denied petitioner's 28 U.S.C. § 2255 motion without prejudice. (Doc. #99). Thus, petitioner can bring a new § 2255 motion, incorporating administrative remedy arguments, once he has exhausted his administrative remedies.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that petitioner Ricardo Banuelos' *pro se* motion to reconsider (doc. #100) be, and the same hereby is, DENIED.

DATED March 1, 2012.

_____
**UNITED STATES DISTRICT JUDGE**