# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RICARDO BANUELOS,

        Defendant.

2:07-CR-137 JCM (RJJ)

## ORDER

Presently before the court is *pro se* petitioner Ricardo Banuelos' motion to vacate sentence pursuant to 28 U.S.C. § 2255. (Doc. #102). Petitioner argues in the instant § 2255 motion to vacate sentence that he was denied effective assistance of counsel at sentencing.

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States file an opposition or otherwise respond to petitioner's § 2255 motion by June 21, 2012. Petitioner shall file a reply by July 21, 2012.

DATED May 25, 2012.

                              */s/ James C. Mahan*
                            **UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**