1
2
3
4

**UNITED STATES DISTRICT COURT**

5

**DISTRICT OF NEVADA**

6
7

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:07-CR-137 JCM (RJJ) |
| Plaintiff, | |
| v. | |
| RICARDO BANUELOS, | |
| Defendant. | |

8
9
10
11
12
13

14

**ORDER**

15          Presently before the court is petitioner Ricardo Banuelos's letter requesting the status of his

16    28 U.S.C. § 2255 motion. (Doc. # 113). Although letters to the court are usually disregarded, *see*

17    Fed. R. Civ. P. 7 (a document requesting a court order must be styled as a motion, not a letter), the

18    court makes an exception under these circumstances.

19          The government filed a motion for leave to file a late response to petitioner's 28 U.S.C. §

20    2255 motion (doc. # 107) and the court granted the motion (doc. # 108). Subsequently, the

21    government timely complied with the extension of time. (*See* doc. # 109). The court then granted

22    petitioner an extension of time to file his reply. (Doc. # 112). Petitioner then filed the instant letter.

23    (Doc. # 113).

24    . . .

25    . . .

26    . . .

27    . . .

28

**James C. Mahan**
**U.S. District Judge**

Because this letter indicates that petitioner has not received the court's order granting defendant the initial extension of time of reply;[1] the court finds that an additional thirty (30) day extension of time is warranted.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that petitioner shall have up to and including November 24, 2012, to file a reply to the government's response.

DATED October 23, 2012.

_____
**UNITED STATES DISTRICT JUDGE**

---

[1] It appears that manual distribution in this case has caused some delay in communication between the parties and the court.